PER CURIAM.
Affirmed. Cor v. State, 506 So.2d 12 (Fla. 4th DCA 1987); Sears, Roebuck & Co. v. McKenzie, 502 So.2d 940 (Fla. 3d DCA), review denied, 511 So.2d 299 (Fla.1987); Capital Partners Inv. Co., Inc. v. American Inv. Group, Inc., 500 So.2d 249 (Fla. 4th DCA 1986); St. John v. Kuper, 489 So.2d 833 (Fla. 3d DCA 1986); Rosen v. Marlin, 486 So.2d 623 (Fla. 3d DCA), review denied, 494 So.2d 1151 (Fla.1986); First Fed. Sav. & Loan Assoc. of Wiscon *732 sin v. Dade Fed. Sav. & Loan Assoc., 403 So.2d 1097 (Fla. 5th DCA 1981); Codding v. Phillips, 296 So.2d 554 (Fla. 3d DCA), cert. denied, 304 So.2d 125 (Fla.1974); § 95.11(3)(j), Fla.Stat. (1981).